ELECTRONICALLY FILED - 2025 Aug 07 3:50 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801121

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF ORANGEBURG | ) | IN THE COURT OF COMMON PLEAS<br>JUDICIAL CIRCUIT |
| | ) | C/A NO. 2025-CP-38- |
| Ellen Hartzog,<br>Plaintiff, | ) | **SUMMONS**<br>(Jury Trial demanded) |
| -vs- | ) | |
| Kenneth Armondo Turk III, EAN Holdings, LLC, Enterprise Rent-A-Car of Orangeburg, John Doe Renter, and John Doe Manager of Enterprise Rent-A-Car of Orangeburg<br><br>Defendants. | ) | |

**TO: DEFENDANT ABOVE-NAMED:**

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the subscriber at 1281 Russell Street, Orangeburg, SC 29115 within thirty (30) days after the service hereof, exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in the Complaint and judgment by default will be rendered against you for the relief demanded in the Complaint.

*s/David R. Williams*
David R. Williams
Virgina W. Williams
WILLIAMS & WILLIAMS ATTORNEYS AT LAW
1281 Russell Street
Orangeburg, SC 29115
Tel: (803) 534-5218
Fax: (803) 536-6544
Email: david@williamsattys.com
ginny@williamsattys.com

August 7, 2025
Orangeburg County, South Carolina

ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED - 2025 Aug 07 3:50 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801121

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF ORANGEBURG | ) | IN THE COURT OF COMMON PLEAS<br>JUDICIAL CIRCUIT |
| Ellen Hartzog,<br>Plaintiff,<br><br>-vs-<br><br>Kenneth Armondo Turk III, EAN Holdings, LLC, Enterprise Rent-A-Car of Orangeburg, John Doe Renter, and John Doe Manager of Enterprise Rent-A-Car of Orangeburg,<br><br>Defendants. | ) | C/A NO. 2025-CP-38-<br><br>**COMPLAINT**<br>(Jury Trial demanded) |

Plaintiff, above-named, complaining of Defendant herein, would allege:

1. Plaintiff is a citizen and resident of the County of Dorchester, State of South Carolina and at the time of the occurrence was the driver of the 2011 Jeep vehicle.
2. Upon information and belief, Defendant Kenneth Armondo Turk, III, is a citizen and resident of the state of Arizona, and the time of the occurrence herein mentioned was the driver of the 2024 Mazda vehicle.
3. Upon information and belief, Defendant EAN Holdings, LLC is a corporation organized and existing under the laws of a state other than the State of South Carolina.
4. Upon information and belief, Defendant Enterprise Rent-A-Car of Orangeburg is a business organized and existing under the laws of the State of South Carolina and located in the County of Orangeburg.
5. Upon information and belief, Defendant John Doe Renter's residence and citizenship is unknown at this time, and at the time of the occurrence herein mentioned, was the legal renter of the 2024 Mazda vehicle.
6. Upon information and belief, Defendant John Doe Manger is a citizen and resident of

ELECTRONICALLY FILED - 2025 Aug 07 3:50 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801121

the County of Orangeburg, State of South Carolina and at the time of the occurrence herein mentioned was the manager of Enterprise Rent-A-Car of Orangeburg.

7. Venue is proper in Orangeburg County, South Carolina.

8. On or about April 14, 2025, Plaintiff was properly secured while driving her 2011 Jeep in Orangeburg County, South Carolina when Defendant Kenneth Armondo Turk III, without regard for those around him, violated a traffic control device.

9. Upon information and belief, Defendant Kenneth Armondo Turk, II, entered the intersection when his light was red, while Plaintiff was entering the intersection on a green light, causing a violent collision.

10. Upon information and belief, the rental car was acquired from Enterprise Rent-A-Car in Orangeburg, South Carolina by Defendant John Doe Renter under the supervision of John Doe Manager.

11. Upon information and belief, Defendant John Doe Renter provided use of the vehicle to Defendant Kenneth Armondo Turk, II.

12. As a result of each Defendants' negligence, recklessness, carelessness, willfulness, wantonness, and gross negligence, Plaintiff received property damage, serious and permanent injuries resulting in extensive medical expenses, mental anguish, and emotional distress.

**<u>FOR A FIRST CAUSE OF ACTION</u>**
**(Negligence/Negligence per Se as to all Defendants)**

13. Plaintiff re-alleges and reiterates the allegations set forth in the previous paragraphs as if set out herein verbatim.

14. At the time and place mentioned above, Defendants were negligent, reckless, willful and wanton, in one or more of the following particulars, to wit:

ELECTRONICALLY FILED - 2025 Aug 07 3:50 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801121

a. In failing to fulfill a duty of care;

b. In failing to maintain a proper lookout;

c. In failing to keep proper and safe control of her vehicle;

d. In failing to apply correct procedures to avoid collision;

e. In failing to obey South Carolina traffic laws;

f. In failing to exercise the degree of care that a reasonably prudent person would have exercised under the same or similar circumstances; and

g. In such other and further particulars that the evidence in trial may show.

15. By reason and in consequence of Defendants' conduct, Plaintiff has sustained property damage, severe and permanent injuries to various parts of her body and injuries were of such a nature so as to require her to expend monies, seek doctors' care, and incur other medical necessities.

16. Plaintiff has suffered and will continue to suffer great pain, humiliation and mental anguish because of Defendants' negligence.

17. All of which combined and concurred as a direct and proximate cause of the injuries and damages sustained by Plaintiff herein, said acts being in violation of the statutes and laws of the State of South Carolina.

18. Plaintiff is informed and believes that she is entitled to actual damages in an amount which would adequately compensate her for her injuries and damages as well as for reasonable punitive damages as may be determined by the trier in fact.

**FOR A SECOND CAUSE OF ACTION**
**(Negligent Entrustment as to Defendants Enterprise Rent-A-Car of Orangeburg, John Doe Renter, and John Doe Manger)**

ELECTRONICALLY FILED - 2025 Aug 07 3:50 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801121

19. Plaintiffs re-alleges and reiterates the allegations set forth in in the previous paragraphs, as if set out verbatim herein.

20. Defendants Enterprise Rent-A-Car of Orangeburg and John Doe Manager, at the time of the events described herein, had, or should have had constructive knowledge of Defendant John Doe Renter's intent to disobey the rental terms set forth.

21. Defendant John Doe Manager, at the time of the events described herein, had, or should have had constructive knowledge of Defendant Kenneth Armondo Turk, II's prior history of recklessness and careless driving when he entrusted the rented vehicle to him.

22. Despite this knowledge and under these circumstances, Enterprise Rent-A-Car of Orangeburg and John Doe Manager, entrusted the vehicle to Defendant John Doe Renter, who in turn, entrusted the vehicle to Kenneth Armondo Turk, II at the time of the events described herein.

23. Defendants Enterprise Rent-A-Car of Orangeburg, John Doe Renter, and John Doe Manger are liable to Plaintiff for her injuries and damages due to Defendant Kenneth Armondo Turk, II's negligent, grossly negligent, reckless, willful, and wanton use of the rented vehicle.

24. By reason and in consequence of Defendants' actions, Plaintiff has sustained property damage, severe and permanent injuries to various parts of her body.

WHEREFORE, Plaintiff prays for judgment against Defendants for actual damages, treble damages and for punitive damages as may be determined by the trier of fact, the cost of this action and for such other and further relief as this Court may deem just and proper.

*s/David R. Williams*
David R. Williams
Virgina W. Williams

ELECTRONICALLY FILED - 2025 Aug 07 3:50 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801121

WILLIAMS & WILLIAMS ATTORNEYS AT LAW
1281 Russell Street
Orangeburg, SC 29115
Tel: (803) 534-5218
Fax: (803) 536-6544
Email: david@williamsattys.com
ginny@williamsattys.com

August 7, 2025
Orangeburg County, South Carolina

ATTORNEYS FOR PLAINTIFF